168

THE STATE OF OHIO, APPELLEE, *v.* SHELLY, APPELLANT.

[Cite as *State v. Shelly* (1998), 83 Ohio St.3d 168.]

(No. 98–598—Submitted August 19, 1998—Decided September 23, 1998.)

---

*Mentzer, Vuillemin & Mygrant, Ltd.,* and *Donald J. Malarcik, Jr.,* for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

THE STATE OF OHIO, APPELLEE, *v.* SPRAFKA, APPELLANT.

[Cite as *State v. Sprafka* (1998), 83 Ohio St.3d 168.]

(No. 98–1028—Submitted August 19, 1998—Decided September 23, 1998.)

---

*Charles E. Coulson,* Lake County Prosecuting Attorney, and *Julie Mitrovich King,* Assistant Prosecuting Attorney, for appellee.

*R. Paul LaPlante,* Lake County Public Defender, and *Vanessa Mac Knight,* Assistant Public Defender, for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.